NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**1836549 ONTARIO LTD. (FORMERLY TRIANGLE SOFTWARE, LLC),**
*Plaintiff-Appellant,*

v.

**GARMIN INTERNATIONAL, INC.** AND **GARMIN USA, INC.,**
*Defendants-Appellees.*

---

2012-1275

---

Appeal from the United States District Court for the Eastern District of Virginia in case no. 10-CV-1457, Senior Judge Claude M. Hilton.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the appellant's unopposed motion to reform the caption to reflect a change in ownership interests,

1836549 ONTARIO LTD v. GARMIN INTL          2

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

SEP 2 6 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Paul Milcetic, Esq.
     Nicholas P. Groombridge, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 6 2012

JAN HORBALY
CLERK